UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **JAMES CRAWFORD,** | ) <br> ) <br> ) Case No.: <br> ) |
| Plaintiff. | ) 3:19-CV-00088-WMC <br> ) |
| v. | ) <br> ) |
| **SEVENTH AVENUE INCORPORATED,** | ) <br> ) <br> ) <br> ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 2, 2019          By: */s/ Joseph C. Hoeffel*
          Joseph C Hoeffel, Esquire
          Kimmel & Silverman, P.C.
          30 E. Butler Pike
          Ambler, PA 19002
          Phone: (215) 540-8888
          Fax: (877) 788-2864
          Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph Carlo Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

> John R. Remington, Esquire
> Quarles & Brady LLP
> 411 East Wisconsin Ave, Suite 2040
> Milwaukee, WI 53202
> john.remington@quarles.com
> Attorney for Defendant

Dated: May 2, 2019                    By: */s/ Joseph C. Hoeffel*
                                           Joseph C. Hoeffel, Esquire
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Pike
                                           Ambler, PA 19002
                                           Phone: (215) 540-8888
                                           Fax: (877) 788-2864
                                           Email: jhoeffel@creditlaw.com