# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMES CRAWFORD, | § |
| Plaintiff, | § Civil Action No. 3:19-cv-00088-wmc |
| v. | § |
| SEVENTH AVENUE INCORPORATED, | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/* John R. Remington
John R. Remington, Esq.
Quarles & Brady, LLP
411 East Wisconsin Ave
Suite 2040
Milwaukee, WI 53202
Phone: 414-277-3087
Email: john.remington@quarles.com
Attorney for the Defendant

Date: July 9, 2019

*/s/* Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: jhoeffel@creditlaw.com
Attorney for Plaintiff

Date: July 9, 2019

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

John R. Remington, Esq.
Quarles & Brady, LLP
411 East Wisconsin Ave
Suite 2040
Milwaukee, WI 53202
Phone: 414-277-3087
Email: john.remington@quarles.com
Attorney for the Defendant

Dated: July 9, 2019                    By: /s/ Joseph C. Hoeffel
                                                  Joseph C. Hoeffel, Esq.
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Avenue
                                                Ambler, PA 19002
                                                Tel: 215-540-8888
                                                Fax: 215-540-8817
                                                Email: jhoeffel@creditlaw.com
                                                Attorney for Plaintiff